***NOT PRINTED FOR PUBLICATION***

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 9:16-CR-27(5)** |
| | § | |
| **TIFFANY STOVALL** | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### ON DEFENDANT'S MOTIONS FOR RELEASE

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration of Defendant's motion for compassionate release (Doc. No. 291) and motion for extended home confinement (Doc. No. 288).  On August 31, 2020, Judge Giblin issued his Report and Recommendation (Doc. No. 293).  Judge Giblin recommended that the Court deny Ms. Stovall's motions seeking early release.

The parties have not filed objections.  The Court **ORDERS** that the Report (Doc. No. 293) is **ACCEPTED**.  Defendant, Tiffany Stovall's motion for compassionate release (Doc. No. 291) and motion for home confinement (Doc. No. 288) are **DENIED**.

So ORDERED and SIGNED, Sep 22, 2020.

_____
Ron Clark
Senior Judge